

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2015

No. 04-15-00602-CR

Roger **DAVIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4694
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. The appellant's brief is due on January 25, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court